# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08-cv-1851

FURNACE BROOK LLC,
        Plaintiff,

v.

ORBITZ LLC AND CENDANT CORPORATION,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FURNACE BROOK LLC

| | |
|---|---|
| **NAME (Type or print)**<br>Steven R. Pedersen | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven R. Pedersen | |
| **FIRM**<br>Stadheim & Grear, Ltd. | |
| **STREET ADDRESS**<br>400 N. Michigan Avenue, Suite 2200 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60611 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>478693 | **TELEPHONE NUMBER**<br>(312)755-4400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐