U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08-cv-1851

FURNACE BROOK LLC,
        Plaintiff,
v.
ORBITZ LLC AND CENDANT CORPORATION,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FURNACE BROOK LLC

| | |
|---|---|
| **NAME (Type or print)** <br> Rolf O. Stadheim | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Rolf O. Stadheim | |
| **FIRM** <br> Stadheim & Grear, Ltd. | |
| **STREET ADDRESS** <br> 400 N. Michigan Avenue, Suite 2200 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60611 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 2699206 | **TELEPHONE NUMBER** <br> (312)755-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |