IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FURNACE BROOK LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 08-cv-01851 |
| | ) |
| ORBITZ, LLC, and CENDANT CORPORATION, | ) (Jury Trial Demanded) |
| | ) |
| Defendants. | ) |

### STIPULATION ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Furnace Brook, LLC and Defendants, Orbitz, LLC and Cendant Corporation hereby stipulate to the dismissal, with prejudice, of the Complaint in the above-entitled action based upon a confidential Patent License Agreement.

Respectfully submitted,

Date: April 11, 2008

s/George C. Summerfield
Rolf O. Stadheim
Joseph A. Grear
George C. Summerfield
Keith A. Vogt
Steven R. Pedersen
Stadheim & Grear, Ltd.
400 North Michigan Avenue, #2200
Chicago, Illinois 60611
(312) 755-4400

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Honorable Joan B. Gottschall, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically submitted the foregoing <u>Stipulation Order of Dismissal</u> with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case files system of the court.

I hereby certify that I have served the foregoing document via electronic mail and first class mail to the following individual:

Jill Schrank
Orbitz Worldwide
500 W. Madison, Suite 1000
Chicago, Illinois 60661
(312)894-5000
jill.schrank@orbitz.com

<u>s/George C. Summerfield</u>