## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Furnace Brook LLC

                Plaintiff,

v.                                         Case No.: 1:08–cv–01851
                                                   Honorable Joan B. Gottschall

Orbitz, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Stipulation Order of Dismissal [16], this case is dismissed with prejudice based upon a confidential Patent License Agreement. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.